Dariush G. Adli, SBN 204959
 adli@adlilaw.com
Marina Manoukian, SBN 180104
 marina.manoukian@adlilaw.com
ADLI LAW GROUP, PC
700 South Flower St., Suite 1220
Los Angeles, California 90017
Telephone: (213) 623-6546
Attorneys for Defendant,
YS PROPERTIES, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual<br><br>*Plaintiff*,<br><br>v.<br><br>YS PROPERTIES, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>*Defendants*. | Case No.: 2:20-cv-02195-CJC-PJW<br><br>*Hon. Cormac J. Carney*<br><br>**DECLARATION OF MARINA MANOUKIAN ISO DEFENDANT YS PROPERTIES, LLC'S MOTION TO DISMISS PURSUANT TO F.R.C.P. §12(b)(1)**<br><br>**Hearing Date:** June 8, 2020<br>**Time:**    1:30 PM<br>**Location:**  Courtroom 7C<br>     350 W. 1st Street,<br>     Los Angeles, CA 90012 |

# DECLARATION OF MARINA MANOUKIAN

I, Marina Manoukian, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the state of California. I am a senior counsel at the firm of ADLI Law Group, PC, counsel for record for Defendant in the herein action. The facts stated in this Declaration are known to me personally. If called as a witness, I could and would testify to the truthfulness of all matters stated herein.

2. On April 28, 2020, I sent an email to Plaintiff's counsel notifying him that I intend to file a motion to dismiss pursuant to FRCP 12(b)(1) and stated the basis for same. Between April 28, 2020 and May 5, 2020, Plaintiff's counsel Craig Cote and I had several exchanged by email wherein the details of Defendant's defenses were discussed.

3. Unfortunately, the meet and confer efforts did not materialize into a resolution and this motion became necessary.

4. I searched the U.S. District Court for the Central District of California case register via PACER for Plaintiff's name. I counted the number of cases Plaintiff has filed in 2020 and came to the following conclusions:

   a. Plaintiff had filed 94 cases by the time of the filing of this action.
   
   b. On the same days as this action was filed, on March 6, 2020, Plaintiff filed 17 other cases.
   
   c. Since March 6, 2020 and until the date of this declaration, Plaintiff has filed 64 additional cases.

I declare under the penalty of perjury of the State of California, that the foregoing is true and correct. Executed this 7th day of May 2020, in Glendale, California.

/s/ Marina Manoukian
MARINA MANOUKIAN