# EXHIBIT 2



EXISTING H.C. PARKING    SCALE :



EXISTING BLDG.